UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 5:21-71-KKC** |
| Plaintiff, | |
| V. | **ORDER** |
| **JONATHAN E. GARLAND,** | |
| Defendant. | |

Defendant Jonahtan E. Garland filed a motion (DE 52) to vacate, set aside, or correct his conviction and sentence under 28 U.S.C. § 2255. The magistrate judge has recommended that the Court dismiss the petition. (DE 61). Garland has not filed objections to that recommendation. The Court agrees with the magistrate judge's analysis and conclusions except for the recommendation that the petition be dismissed *with* prejudice. Accordingly, the Court hereby ORDERS that Garland's motion (DE 52) to vacate, set aside, or correct his conviction and sentence under 28 U.S.C. § 2255 is DISMISSED without prejudice.

This 23rd day of October, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY